**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 24-cv-60186-Singhal**

**RAYMOND T. MAHLBERG,**

Plaintiff,

v.

**BEALLS OUTLET STORES INC.,**

Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff **Raymond T. Mahlberg**, and Defendant **Bealls Outlet Stores, Inc**., by and through their respective undersigned counsel, hereby jointly give notice that they have reached a settlement in principle of this action.  The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  The parties anticipate filing a Notice or Stipulation of Dismissal ithin sixty (60) days.

Dated this 27th day of February 2024.

By: __/s/ *Acacia Barros*___
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: 305-639-8381
ab@barroswlawfirm.com
*Counsel for Plaintiff*

/s/_____
Rachel M. DiBenedetto, Esq.

**Epstein, Becker, Green**
875 Third Avenue
New York, NY 10022
Telephone: 212-351-4530
RDiBenedetto@ebglaw.com
Counsel for Defendant

1

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 27th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney.

/s/ Acacia Barros
Acacia Barros, Esq.
ACACIA BARROS,