**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:   24-cv-60186-Singhal**

**RAYMOND T. MAHLBERG,**
        Plaintiff,

v.

**BEALLS OUTLET STORES INC.**,
        Defendant.

_____/

## NOTICE OF DISMISSAL

Plaintiff **RAYMOND T. MAHLBERG**, by and through undersigned counsel, requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each Party shall bear her or its own costs and fees, including attorneys' fees, incurred with this action.

Dated this 22nd day of April 2024.

By: __/s/ Acacia Barros____
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: 305-639-8381
ab@barroswlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of April 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney.

*/s/ Acacia Barros*_____
Acacia Barros, Esq.
ACACIA BARROS, P.A.